**E-FILED**
Monday, 09 November, 2009  04:02:15 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| TERRY L. WILLIAMS,               )<br>                                                )<br>     Petitioner,                        )<br>                                                )<br>     v.                                      )<br>                                                )<br>BRIDGESTONE FIRESTONE and )<br>DONALD MARVIN                 )<br>                                                )<br>     Respondent.                     ) | Case No. 09-cv-1369 |

## O R D E R  &  O P I N I O N

Plaintiff has filed a motion for leave to proceed in forma pauperis (Doc. 1). The motion is DENIED as incomplete. In the application to proceed in forma pauperis, Plaintiff has failed to answer several questions regarding financial status. Plaintiff is allowed thirty (30) days in which to submit a completed application to proceed in forma pauperis or to pay the applicable filing fee. If Plaintiff fails to meet this deadline, this action will be dismissed for want of prosecution.

Plaintiff is reminded that representations contained in an application to proceed in forma pauperis are made under penalty of perjury.

Entered this 9th day of November, 2009.

                                                        s/ Joe B. McDade
                                                        JOE BILLY MCDADE
                                                    United States District Judge