**E-FILED**
Thursday, 14 January, 2010  02:05:46 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| TERRY L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-cv -1369 |
| | ) |
| BRIDGESTONE FIRESTONE and | ) |
| DONALD MARTIN, | ) |
| | ) |
| Defendants. | ) |

## O P I N I O N and O R D E R

On November 9, 2009, Plaintiff was granted thirty (30) days to either submit a filing fee or provide a more complete and detailed petition to proceed *in forma pauperis*. As of the date of this Order, Plaintiff has done neither. Plaintiff was warned that the failure to either submit the fee or provide the supplemented application to proceed *in forma pauperis* would result in the dismissal of the action for want of prosecution. See Johnson v. Kamminga, 34 F.3d 466, 468 (7th Cir. 1994). Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this matter is DISMISSED WITH PREJUDICE.

Entered this 14th day of January, 2010

                                                s/ Joe B. McDade
                                                JOE BILLY MCDADE
                                        United States District Judge